IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARK STEPHENS,

   Plaintiff,

  v.           Case No. 21-cv-241

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

   Defendant.

---

## DEFENDANT'S MOTION TO DISMISS
## MALICIOUS PROSECUTION AND ABUSE OF PROCESS CLAIMS

---

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant American Family Mutual Insurance Company, S.I. ("American Family"), by and through undersigned counsel, moves to dismiss the Malicious Prosecution and Abuse of Process causes of action from Plaintiff's Complaint.

This Motion is supported by American Family's Brief in Support of its Motion to Dismiss Malicious Prosecution and Abuse of Process Claims and the Declaration of Tanya M. Salman, filed herewith.

Dated this 16th day of April, 2021.

MICHAEL BEST & FRIEDRICH LLP
Attorneys for Defendant


By: /s/Tanya M. Salman
    Amy O. Bruchs, SBN 1021530
    Tanya M. Salman, SBN 1089151

MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI  53701-1806
Phone:  608.257.3501
Fax:  608.283.2275
aobruchs@michaelbest.com
tmsalman@michaelbest.com