UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARK STEPHENS,

        Plaintiff,

    v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

        Defendant.

Case No. 3:21-cv-00241-jdp

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE SUMMARY JUDGMENT SUBMISSIONS
BY PLAINTIFF MARK STEPHENS**

NOW COMES Plaintiff Mark Stephens ("Mr. Stephens"), by his attorneys, THE SULTON LAW FIRM LLC, by Attorney William F. Sulton, and moves the Court for an extension to file Mr. Stephens' summary judgment submissions by one week to March 4, 2022. Prior to filing this motion, the undersigned conferred with counsel for Defendant American Family Mutual Insurance Company, S.I. ("American Family"). American Family does not oppose this motion.

The undersigned deposed witnesses earlier this week on February 21 and 22. The deposition transcripts will be produced next week. As such, Mr. Stephens respectfully requests an extension of time to next Friday, March 4. Granting this motion will not require the extension of other deadlines (save for American

[2 / 2]

Family's reply submissions), cause undue delay of the proceedings, or cause prejudice to any party.

For the above reasons, Mr. Stephens' respectfully requests that this Court enter an order granting this motion and extending the time by which Mr. Stephens' shall make his summary judgment submissions to March 4, 2022.

Date: February 23, 2022.                                  Respectfully submitted,

                                                         /s/ William F. Sulton
                                                         WILLIAM F. SULTON

                                                         THE SULTON LAW FIRM LLC
                                                         2745 N Dr. M.L.K. Drive
                                                         Suite 202
                                                         Milwaukee, WI 53212
                                                         414-477-0088 (direct)
                                                         414-250-7676 (fax)
                                                         william@sultonlaw.com

                                                         *Attorneys for Plaintiff*