IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MARK STEPHENS,

    Plaintiff,

v.                                        Case No. 21cv241

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

    Defendant.

**DEFENDANT'S REPLY IN SUPPORT OF ITS SUMMARY JUDGMENT MOTION, REQUESTING THAT THE COURT GRANT THE MOTION AS UNOPPOSED**

Defendant American Family Mutual Insurance Company, S.I. ("American Family") filed a motion for summary judgment on February 4, 2022, making Plaintiff's response due on February 25, 2022. Plaintiff moved the Court for additional time to respond, to March 4, 2022, which American Family did not oppose. On March 4, 2022, Plaintiff filed deposition transcripts only, and nothing else in opposition to the summary judgment motion. Plaintiff has not filed a second request with the Court for more time to file an opposition. Also, Plaintiff's counsel has not contacted American Family's counsel with any explanation as to why he has not filed an opposition to the motion in accordance with the Court's mandated procedures governing summary judgment motions.

Therefore, for these reasons, American Family respectfully requests that its Motion for Summary Judgment be granted as unopposed.

Dated this 6th day of March, 2022.

                **MICHAEL BEST & FRIEDRICH LLP**
                Attorneys for Defendant


                By:   */s/Amy O. Bruchs*
                     Amy O. Bruchs
                     Tanya M. Salman

MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI  53701-1806
Phone:  608.257.3501
Fax:  608.283.2275
aobruchs@michaelbest.com

tmsalman@michaelbest.com

3