IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MARK STEPHENS,

    Plaintiff,

v.                                                    Case No. 21cv241

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY, S.I.,

    Defendant.

---

**DECLARTION OF TANYA M. SALMAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT SUBMISSIONS**

---

I, Tanya M. Salman, depose and the say the following:

1.     I am an attorney with the law firm Michael Best & Friedrich LLP, and I am one of the attorneys representing Defendant American Family Mutual Insurance Company, S.I. ("American Family") in the above-captioned action. I am licensed to practice law in the State of Wisconsin and before this Court. I make this declaration based on my personal knowledge and public records.

2.     Attached hereto as Exhibit A is a true and correct copy of a printout from the Wisconsin Circuit Court Access ("CCAP") website for Milwaukee County Case Number 2018CV008456, *F Dustin Bowie vs. Robert A Settecase et al*. (the "State Court Action"). This document is publicly available at:

https://wcca.wicourts.gov/caseDetail.html?caseNo=2018CV008456&countyNo=40

3.      As Exhibit A reflects, on June 22, 2021, the Court scheduled the State Court Action for a 4-day jury trial set to begin on February 28, 2022. Exhibit A also shows the Court reiterated the 4-day duration for the jury trial on January 21, 2022, at the final pre-trial conference.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 9th day of March, 2022.


/s/ Tanya M. Salman